IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CELINE SA,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No.      1:24-cv-06208<br>District Judge  Robert W. Gettleman<br>Magistrate Judge  Jeffrey Cole |

## DECLARATION OF PHIL GROVES

I, Philip G. Groves, declare and state as follows:

1. This declaration is based on my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I would testify to the statements made herein.

2. I am the President of DAC Management LLC ("DAC").

3. I am in charge or monitoring internet-based infringement and counterfeiting of the Celine Trademarks through internet stores to sell counterfeit Celine products from foreign countries such as China to consumers in the U.S. and elsewhere. I, or someone working under my direction, analyzed each of the ecommerce stores operating under the Internet stores identified in Schedule A of the Complaint (the "Defendant Internet Stores"), which were offering for sale and/or selling unauthorized and unlicensed products in connection with infringing and counterfeit versions of the Celine trademarks (the "Counterfeit Fendi Products") to consumers in this judicial district and throughout the United States.

4. Our investigation shows that Defendants are using the Defendant Internet stores to sell counterfeit Celine products from foreign countries such as China to consumers in the US and elsewhere. Internet stores can be found on certain marketplace platforms such as eBay, Alibaba, Amazon, Wish and DHgate, to name a few. The listing process is sophisticated and is designed to evade the platforms internal fraud prevention measures while still attracting buyers who wish to obtain counterfeit products. Often the fake logos are obscured or hidden from plain sight on the listings. The Defendant took the steps in the instant case. However, our experience is that when purchased, the products always contain counterfeit logos.

5. On June 27, 2024, upon my direction, Plaintiff's agents purchased two pairs of counterfeit Celine sunglasses advertised on Defendant Butaby's Amazon e-commerce store. Photographs of the sunglasses sold by Defendant and advertised on its Amazon e-commerce store are marked as Exhibit 1.

6. The sunglasses were sent to the office of Plaintiff's representative in Chicago, Illinois and included a Butaby branded bag. The sunglasses prominently display the Celine logo. Photographs of the counterfeit sunglasses purchased from Butaby's Amazon store are marked as Exhibit 2.

7. A search performed by a member of DAC's counterfeiting and infringement team also revealed a listing on the Latin American platform Mercado Libre for Butaby sunglasses clearly displaying the Celine trademark. A printout of the Mercado Libre web page advertising the counterfeit Butaby Celine sunglasses is marked as Exhibit 3. The webpage is located at: https://articulo.mercadolibre.com.co/MCO-1441917267-butaby-gafas-de-sol-ovaladas-retro-para-mujeres-y-hombres-g-_JM#&gid=1&pid=2.

8. The Mercado Libre listing shows the seller's store has over 50 pairs of counterfeit Celine goods available and over 500 sales. Additionally, the product is listed as new as of today, which supports Plaintiff's argument that Butaby is deliberately seeking new sales channels to evade enforcement and their claims to have stopped are false and an attempt to deceive the Court. They are attempting to use third parties to continue the business that they themselves cannot legally conduct.

9. Butaby is also selling counterfeit Celine sunglasses through Amazon's platform in Saudia Arabia. A printout of the Amazon web page advertising the counterfeit Celine sunglasses sold by Butaby is marked as Exhibit 4. The webpage is located at:
https://www.amazon.sa/-/en/BUTABY-Sunglasses-Designer-Glasses-Protection/dp/B0D1KTZ94T#customerReviews

10. The search by DAC personnel also revealed Butaby is selling counterfeit Celine sunglasses through an affiliate marketing website where the sunglasses are listed as "Celine Dupe Frames." A printout of the affiliate marking web page is marked as Exhibit 5. The webpage is located at:
https://www.shopltk.com/explore/HelloNikkiG/posts/0e946a14-57e5-11ef-ac99-0242ac11002b.

11. The searches performed by DAC reveal that Butaby has been and is continuing to sell counterfeit Celine merchandise. It is evident that this is only the tip of the iceberg as it is practically impossible to search every e-commerce website in the world to identify every listing selling Butaby counterfeits. Further, it is clear that Butaby has established itself as primary supplier proven by the fact that affiliates advertise they are selling Butaby counterfeits which underscores the prominent position the Defendant has acquired in the

market such that its Celine counterfeits are recognized and differentiated from other Celine counterfeiters.

12. Based on my experience in the counterfeiting industry, it is also very likely that Butaby is selling other counterfeit Celine goods through other unidentified web-based platforms.

13. Failure to obtain a judgment against Butaby will inevitably encourage continued counterfeit sales and encourage Defendants and other counterfeiters to exploit the Celine brand, causing additional harm to Celine and the broader marketplace for luxury goods.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2025.

_____
Philip G. Groves (Jan 31, 2025 12:26 CST)

Philip G. Groves

# Dec. of Phil Groves 1.31.25

Final Audit Report 2025-01-31

| | |
|---|---|
| Created: | 2025-01-31 |
| By: | JoAnne Aceto (joanne@merceroaklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAReZ223H79kvycJ2_sYWHoP9ar3NevSAO |

## "Dec. of Phil Groves 1.31.25" History

- Document created by JoAnne Aceto (joanne@merceroaklaw.com)
  2025-01-31 - 6:20:45 PM GMT

- Document emailed to philip groves (pgroves@dacmllc.com) for signature
  2025-01-31 - 6:21:56 PM GMT

- Email viewed by philip groves (pgroves@dacmllc.com)
  2025-01-31 - 6:26:05 PM GMT

- Signer philip groves (pgroves@dacmllc.com) entered name at signing as Philip G. Groves
  2025-01-31 - 6:26:57 PM GMT

- Document e-signed by Philip G. Groves (pgroves@dacmllc.com)
  Signature Date: 2025-01-31 - 6:26:59 PM GMT - Time Source: server

- Agreement completed.
  2025-01-31 - 6:26:59 PM GMT

Adobe Acrobat Sign