**EXHIBIT 1**

062

BUTABY

6/27/24, 3:34 PM  Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey& Gold Brown : Clothing, Shoes & Jewelry

Case: 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 3 of 16 PageID #:1674



https://www.amazon.com/dp/B0D1KGD6CP/ref=sspa_dk_detail_4?pd_rd_i=B0D1KGD6CP&pd_rd_w=EPOcO&content-id=amzn1.sym.36d4fe03-2814-4a0b-86e2-d1e3d3071509&pf_rd_p=36d4fe03-2814-4a0b-86e2…  1/9

6/27/24, 3:34 PM Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey & Gold Brown : Clothing, Shoes & Jewelry

Case: 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 4 of 16 PageID #:1675





6/27/24, 3:34 PM    Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey & Gold Brown : Clothing, Shoes & Jewelry

Case: 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 5 of 16 PageID #:1676





6/27/24, 3:34 PM               Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey& Gold Brown : Clothing, Shoes & Jewelry

Case: 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 6 of 16 PageID #:1677



## Looking for specific info?

[Ask about this product]

## Product details

**Department** : Women
**Date First Available** : April 12, 2024
**ASIN** : B0D1KHG7N1
**Best Sellers Rank:** #5,838 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#91 in Women's Sunglasses
**Customer Reviews:** 5.0 ★★★★★ ⌄  21 ratings

## Videos for this product



0:12
Customer Review: So pretty! Excellent quality ★ ★ ★
daniela soria



0:19
BUTABY Retro Oval Sunglasses
BUTABY

[Upload your video]

## Products related to this item

Sponsored

Page 1 of 20

6/27/24, 3:34 PM    Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey & Gold Brown : Clothing, Shoes & Jewelry

Case: 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 7 of 16 PageID #:1678









6/27/24, 3:34 PM     Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designed Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey & Gold Brown : Clothing, Shoes & Jewelry

Case: 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 8 of 16 PageID #:1672



6/27/24, 3:34 PM — Amazon.com: BUTECF Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey & Gold Brown : Clothing, Shoes & Jewelry

Case 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 9 of 16 PageID #:1680

**Vihaan**

★★★★★ so cool

Reviewed in the United States on June 9, 2024

Color: Gold Frame Brown Lens | Vine Customer Review of Free Product ( What's this? )

I like the quality and style of these sunglasses. The retro oval design is trendy and timeless, making them a versatile accessory for both men and women. The UV400 protection ensures that my eyes are well-protected from harmful sun rays, which is essential for outdoor activities. The sunglasses are lightweight and comfortable to wear, with a sturdy frame that feels durable. The lenses are clear and provide excellent clarity, reducing glare and enhancing my vision in bright sunlight. The classic shades are perfect for everyday wear, adding a touch of style to any outfit.

Helpful | Report

**Charlotte**

★★★★★ Good for me

Reviewed in the United States on June 5, 2024

Vine Customer Review of Free Product ( What's this? )

Upon opening the package, I was immediately struck by the elegant design of the frame. The retro oval shape pays homage to vintage fashion while retaining a modern style that fits perfectly with current trends. The lightweight design of these sunglasses is great. They are comfortable to wear for long periods of time, whether I'm driving or walking in the park. The nose pads are well designed to prevent the glasses from slipping off without leaving marks on the nose. great.

Helpful | Report

**Frank**

★★★★★ I like it so much

Reviewed in the United States on June 5, 2024

Color: Gold Frame Brown Lens | Vine Customer Review of Free Product ( What's this? )

The retro oval design is a standout feature. These sunglasses have a classic yet trendy appearance that complements a variety of outfits, making them versatile for different occasions. Whether I'm heading to the beach, driving, or just out for a walk, they add a touch of sophistication to my look. The sunglasses come in various colors, allowing for some personalization and the option to choose a pair that best suits individual tastes and styles. The fit is also quite good, sitting comfortably on the nose and ears without slipping.

Helpful | Report

See more reviews ›



Similar items that are frequently purchased — Page 1 of 4

Customers who bought this item also bought — Page 1 of 6

6/27/24, 3:34 PM    Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey & Gold Brown : Clothing, Shoes & Jewelry

Case 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 10 of 16 PageID #:1681





6/27/24, 3:34 PM	Amazon.com: BUTABY Retro Oval Sunglasses for Women Men Designer Trendy Sun Glasses Classic Shades UV400 Protection Gold Grey & Gold Brown : Clothing, Shoes & Jewelry

Case 1:24-cv-06208 Document #: 57-1 Filed: 01/31/25 Page 11 of 16 PageID #:1682











Label text:
X00479J5WP
新品
BUTABY Retro Oval Sungl…n Gold Grey& Gold Brown
MADE IN CHINA



