IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CELINE S.A.,**<br><br>                                  Plaintiff,<br><br>~ *against* ~<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>                                  Defendants, | **Case No.:** `1:24-cv-6208`<br><br>**Judge:** The Honorable Robert W. Gettleman |

**NOTICE OF MOTION**

**MOTION BY BUTABY PURSUANT TO COMPEL THE PLAINTIFF'S COMPLIANCE WITH THE ORDER VACATING THE INJUNCTION (ECF 60) AND ADDITIONALLY AND/OR IN THE ALTERNATIVE, ORDER TO NON-PARTY AMAZON.COM INC. TO RELEASE THE ASINs AT ISSUE; TO RELEASE THE UNDERTAKING AND FOR OTHER RELIEF**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, and other relevant rules and practices of this Court, the Defendant Butaby shall appear before the Honorable District Judge Robert W. Gettleman at such time this matter may be scheduled to be presented and heard on a the following Motion:

Motion by BUTABY to compel the Plaintiff's compliance with the Order Vacating the Injunction (ECF 60) and additionally and/or in the alternative, Order to Non-Party Amazon.com Inc. to release the ASINS at issue; and for an Order to release the Undertaking to BUTABY and for other relief as more fully described in the accompanying Memorandum of Law.

Pursuant to District Robert W. Gettleman part rules, the parties are to file a Motion without scheduling a Motion Presentment Hearing, which will be scheduled at the directyion of the Honorable Court.

**Dated:** March 17, 2025

                                                                                   RESPECTFULLY SUBMITTED,

By: _/s/ Baruch S. Gottesman_

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**John B. Haarlow, Jr., Esq.**
**Lindsay Elizabeth Dansdill, Esq.**
MERCER OAK LLC
29 N. Ada Street
Chicago, IL 60607
Phone: (872) 248-0601
Email: John@merceroaklaw.com
*Counsel for Plaintiff Celine S.A.*