IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CELINE SA,**<br><br>      Plaintiff,<br><br>~ *against* ~<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>      Defendants,<br><br>**YIWUSHIXUHENGMAOYIYOUXIANGONGSI,**<br><br>      Counterclaim-Plaintiff,<br><br>~ *against* ~<br><br>**CELINE SA and JOHN DOES 1 -10**,<br><br>      Counterclaim-Defendants. | **Case No.: 1:24-cv-06208**<br><br>**District Judge:**<br>The Honorable Robert W. Gettleman<br><br>**Magistrate Judge:**<br>The Honorable Jeffrey Cole |

**AFFIRMATION OF SERVICE
OF WRITTEN DISCOVERY DEMANDS
BY DEFENDANT ON PLAINTIFF**

    Consistent with the relevant rules of the Federal Rules of Civil Procedure, Minute Entry of September 17, 2025 (ECF 87) and all other applicable rules, regulations and practices of the Northern District of Illinois, the Defendant/Counterclaim Plaintiff Butaby / Yiwushixuhengmaoyiyouxiangongsi (referred to here as "Butaby" or "Defendant" where appropriate) served by e-mail on Counsel for the Plaintiff the Initial Interrogatories and Initial

Document Demands with a courtesy copy of the actual demands/interrogatories themselves in DOCX format.

Dated: **October 22, 2025**

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com

3

## **CERTIFICATE OF SERVICE**

        I hereby certify that on October 22, 2025 simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to all Counsel of record.