# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CELINE SA,<br><br>          Plaintiff,<br><br>~ against ~<br><br>THE PARTNERSHIPS *and* UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>          Defendants, | Case No.: **1:24-cv-06208**<br><br>**District Judge:**<br>The Honorable Robert W. Gettleman<br><br>**Magistrate Judge:**<br>The Honorable Jeffrey Cole |
| YIWUSHIXUHENGMAOYIYOUXIANGONGSI,<br><br>          Counterclaim-Plaintiff,<br><br>~ against ~<br><br>CELINE SA and JOHN DOES 1 -10,<br><br>          Counterclaim-Defendants. | **NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM UPON DAC MANAGEMENT LLC** |

\

**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM UPON DAC MANAGEMENT LLC**

      **PLEASE TAKE NOTICE** pursuant to Fed. R. Civ. P. 45(a)(4) that Defendant/Counterclaim-Plaintiff "Butaby" (YIWUSHIXUHENGMAOYIYOUXIANGONGSI) intends to serve the subpoena attached hereto Phil Groves.

**Dated: October 29, 2025**

                                            RESPECTFULLY SUBMITTED,

By: _____

                                            Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system and upon all known addresses of the Defendants and their Counsel.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.