

Baruch Gottesman <baruch.gottesman@gmail.com>

## Service of Third Party Subpoenas

**Paul Kossof** <KossofIPR@outlook.com>  Wed, Oct 29, 2025 at 5:11 PM
To: Baruch Gottesman <baruch.gottesman@gmail.com>

Good afternoon Baruch,

Thank you for your message. I'll review the recent filings later today and update the client accordingly.

I will accept service by email of the subpoena directed to me.

However, I cannot accept service on behalf of Phil Groves. As mentioned, I am not nor ever have been his attorney.

Kind regards, Paul

Paul Kossof, Esq.
KossofIPR
224-433-1553

---

**From:** Baruch Gottesman <baruch.gottesman@gmail.com>
**Sent:** Wednesday, October 29, 2025 16:07
**To:** Paul Kossof <Kossofipr@outlook.com>
**Subject:** Service of Third Party Subpoenas

[Quoted text hidden]