IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CELINE S.A.,**<br><br>                      Plaintiff,<br><br>~ *against* ~<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>                      Defendants,<br><br>**YIWUSHIXUHENGMAOYIYOUXIANGONGSI,**<br><br>                      Counterclaim-Plaintiff,<br><br>~ *against* ~<br><br>**CELINE SA and JOHN DOES 1 -10**,<br><br>                      Counterclaim-Defendants. | **Case No.: 1:24-cv-6208**<br><br>**Judge:** The Honorable Robert W. Gettleman<br><br>**Magistrate Judge:** The Honorable Jeffrey Cole |

       1.    I am over 18 years of age and Counsel to the Defendant/Counterclaim-Plaintiff **YIWUSHIXUHENGMAOYIYOUXIANGONGSI** (Butaby) in the above-captioned matter.

       2.    On October 29, 2025, Butaby docketed a Notice of Intent to Service a Subpoena on Nonparty DAC Management LLC (ECF 94).

       3.    On November 6, 2025, the process served personal service of the Subpoena on the Registered Agent and tendered the Witness Appearance with estimated travel on the Registered Agent of DAC Management LLC, *See* Exhibit A.

       4.    A copy of the service package (aside from the check) is annexed as Exhibit B.

I respectfully declare under penalty of perjury the foregoing to be true and accurate to the best of the Undersigned's knowledge. All Exhibits are complete, true, and accurate copies of their originals unless otherwise noted.

November 6, 2025

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com