AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. **1:24-cv-06208**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for **DAC Management LLC**
on **11/06/2025:**

[X] I served the subpoena by delivering a copy to the named person as follows: **April Ransburg**, who is designated by law to accept service of process on behalf of **DAC Management LLC** at **National Registered Agents 1209 Orange Street, Wilmington, DE 19801 on 11/06/2025 at 10:33 AM**

**I delivered the documents, Servee Check for DAC Management LLC ($50.00); COVER LETTER; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, to April Ransburg who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.;** or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 200.00** for services, for a total of **$ 200.00**.

I declare under penalty of perjury that this information is true.

Date: 11/06/2025

_____
*Server's signature*

**Ana Esther Romero**
*Printed name and title*

**679 Robinson Ln**
**B**
**Wilmington, DE 19805**
_____
*Server's address*

Additional information regarding attempted service, etc:



