IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CELINE S.A.**, <br><br> Plaintiff, <br><br> ~ against ~ <br><br> **THE PARTNERSHIPS** and **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**, <br><br> Defendants, | **Case No.: 1:24-cv-6208** <br><br> **Judge:** The Honorable Robert W. Gettleman |
| **YIWUSHIXUHENGMAOYIYOUXIANGONGSI**, <br><br> Counterclaim-Plaintiff, <br><br> ~ against ~ <br><br> **CELINE SA and JOHN DOES 1 -10**, <br><br> Counterclaim-Defendants. | **Magistrate Judge:** The Honorable Jeffrey Cole |

1. I am over 18 years of age and Counsel to the Defendant/Counterclaim-Plaintiff **YIWUSHIXUHENGMAOYIYOUXIANGONGSI** (Butaby) in the above-captioned matter.

2. On October 29, 2025, Butaby docketed a Notice of Intent to Service a Subpoena on Nonparty Phil Groves (ECF 95).

3. Service of the Subpoena on Nonparty Witness Phil Groves was perfected by the service of the Subpoena by Certified Mail (tracking number `9589 0710 5270 2642 1074 96`) on Phil Groves a courtesy copy of the Subpoena together with the check for witness appearance and travel fees. *See* Exhibit A, banking information on check redacted.

I respectfully declare under penalty of perjury the foregoing to be true and accurate to the best of the Undersigned's knowledge. All Exhibits are complete, true, and accurate copies of their originals unless otherwise noted.

November 7, 2025

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com